Thomas S. Waldo (AK Bar # 9007047)
Holly A. Harris (AK Bar # 1105017)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
T: 907.586.2751
F: 907.463.5891
E: twaldo@earthjustice.org
E: hharris@earthjustice.org
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>BIG THORNE PROJECT AND<br>2008 TONGASS FOREST PLAN | Consolidated Nos. 1:14-cv-00013-RRB,<br>1:14-cv-00014-RRB, 1:14-cv-00015-RRB |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Southeast Alaska Conservation Council, Alaska Wilderness League, Sierra Club, and Natural Resources Defense Council, Plaintiffs in *Southeast Alaska Conservation Council v. U.S. Forest Service*, No. 1:14-cv-00014-RRB, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this case on March 23, 2015, at Doc. 84, and all interlocutory orders that gave rise to that judgment, including but not limited to the Order Denying Plaintiffs' Motion for Summary Judgment and Granting Summary Judgment in Favor of Defendants entered on March 20, 2015, at Doc. 83.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto.

Respectfully submitted this 26th day of March, 2015.

*s/ Holly A. Harris*

Holly A. Harris (AK Bar # 1105017)
Thomas S. Waldo (AK Bar # 9007047)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
T: 907.500.7133
F: 907.463.5891
E: hharris@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council; Alaska Wilderness League; Sierra Club;* and Natural Resources Defense Council

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, a copy of foregoing PLAINTIFFS' NOTICE OF APPEAL, with attachment, was served electronically on David B. Glazer, Thomas E. Lenhart, Howard S. Trickey, Julie A. Weis, Steven W. Silver, James F. Clark, Richard W. Goeken, Gabriel W. Scott, Ralph O. Bloemers, and Christopher G. Winter.

*s/ Holly A. Harris*
Holly A. Harris